

**The following constitutes the order of the Court.
Signed: June 2, 2020**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ) | Case No. 19-40363 WJL |
| ) | Chapter 11 |
| ) | |
| ) | <u>HEARING SCHEDULED</u> |
| Aradigm Corporation, ) | <u>Date</u>: June 10, 2020 |
| ) | <u>Time</u>: 10:30 a.m. |
| Debtor ) | |

**ORDER ANNOUNCING CONFIRMATION HEARING TO BE HELD VIA ZOOM WEBINAR**

Upon due consideration, the Court HEREBY ORDERS that the upcoming confirmation hearing scheduled for the above-captioned date and time shall be conducted via Zoom Webinar. Parties planning to attend the hearing should refer to https://www.canb.uscourts.gov/judge/lafferty/calendar. All other matters set for the above-captioned time and date shall proceed via CourtCall.

Debtor is FURTHER ORDERED to serve this Order on the United States Trustee and creditors on or before **June 5,2020**. Electronic service, if available, is deemed sufficient.

**\*END OF ORDER\***

**COURT SERVICE LIST**